# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR MAYO, | Case No.: 2:16-cv-00047-APG-VCF |
| Plaintiff | **Order Requesting Supplemental Filing** |
| v. | |
| WILLIAMS, et al., | |
| Defendants | |

On February 7, 2018, the defendants moved for summary judgment on plaintiff Arthur Mayo's claims against defendant Frank Dreesen. In support of this motion, the defendants filed Mayo's grievance history report. ECF No. 65-2. The defendants contend the report includes Mayo's grievance history since initiating this lawsuit and through 2017. They further contend the report shows Mayo did not submit any grievances in this period about Dreesen's behavior alleged in Mayo's amended complaint. However, the report the defendants submitted includes grievances Mayo submitted only through April 2016.

Because the full record is necessary to properly rule on their motion, the defendants are ordered to file Mayo's complete and up-to-date grievance history report within 10 days of the date of this order. No other briefing should be filed unless specifically requested by the court.

DATED this 16th day of August, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE