# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ARTHUR MAYO,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSEPH WILLIAMS, *et al.*,<br><br>        Defendants. | 2:16-cv-00047-APG-VCF<br><br>**ORDER** |

Before the court is *Arthur Mayo v. Joseph Williams*, case number 2:16-cv-00047-APG-VCF.

Accordingly, IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, November 2, 2018, in Courtroom 3D. Defendants will make the necessary arrangements for Mr. Mayo to appear by telephone. Defendants must contact Jerry Ries (702-464-5416), Courtroom Administrator, by October 30, 2018, to coordinate Mr. Mayo's telephone call.

DATED this 5th day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE